**[NOT FOR PUBLICATION — NOT TO BE CITED AS PRECEDENT]**

# United States Court of Appeals
## For the First Circuit

———

No. 00-1267

MARIA MARCANO-ARROYO,

Plaintiff, Appellant,

v.

K-MART, INC., ETC.,

Defendant, Appellee.

———

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Héctor M. Laffitte, U.S. District Judge]

———

Before

Selya, Circuit Judge,

Coffin, Senior Circuit Judge,

and Stahl, Circuit Judge.

———

Miguel A. Pérez Vargas and Daliah Lugo Auffant on brief for appellant.
María T. Ferrán Pérez-Benitoa, Juan B. Soto Bálbas, and Mercado & Soto on brief for appellee.

September 20, 2000

**Per Curiam.** In this appeal, the plaintiff challenges the district court's dismissal of her civil action on the ground of res judicata. See Marcano-Arroyo v. K-Mart, Inc., No. 97-1986 (HL), slip op. (D.P.R. Dec. 22, 1999). We previously have acknowledged that when a trial judge accurately takes the measure of a case and articulates a convincing rationale, "an appellate court should refrain from writing at length to no other end than to hear its own words resonate." Lawton v. State Mut. Life Assur. Co., 101 F.3d 218, 220 (1st Cir. 1996); accord Cruz-Ramos v. Puerto Rico Sun Oil Co., 202 F.3d 381, 383 (1st Cir. 2000); Ayala v. Union de Tronquistas, Local 901, 74 F.3d 344, 345 (1st Cir. 1996); Holders Capital Corp. v. California Union Ins. Co. (In re San Juan Dupont Plaza Hotel Fire Litig.), 989 F.2d 36, 38 (1st Cir. 1993). This is such a case. Consequently, we affirm the judgment below for substantially the reasons elucidated in Chief Judge Laffitte's thoughtful rescript.

We add only that subsequent to the date of Chief Judge Laffitte's decision, this court decided Boateng v. Interamerican Univ., 210 F.3d 56 (1st Cir. 2000). The principles enunciated in Boateng are controlling here, and leave no doubt but that Marcano's action is barred under the doctrine of res judicata. See id. at 61-63. We need go no further.

**Affirmed**.  **See** 1st Cir. R. 27(c).